IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DeCARLO WRIGHT,<br><br>   Plaintiff(s),<br><br> vs.<br><br>SAN FRANCISCO SHERIFF'S DEP'T,<br>et al.,<br><br>   Defendant(s). | No. C 08-4508 CRB (PR)<br><br>ORDER OF DISMISSAL |

  Per order filed on December 19, 2008, the court dismissed plaintiff's prisoner complaint under 42 U.S.C. § 1983 with leave to amend within 30 days. The court warned plaintiff that failure to file a proper amended complaint within the designated time will result in the dismissal of this action.

  More than 40 days have elapsed; however, plaintiff has not filed an amended complaint or requested an extension of time to do so. The action is DISMISSED.

  The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED: Feb. 05, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Wright, M1.dismissal.wpd